502 A.2d 1240

**Eileen E. GILL, Petitioner,**

v.

**ALLENTOWN STATE HOSPITAL, City of Easton, Respondents.**

Supreme Court of Pennsylvania.

Jan. 10, 1986.

Petition for Allowance of Appeal GRANTED, No. 5 E.D. Appeal Docket 1986.